UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| A.H., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No.: 3:23-CV-297-KAC-JEM |
| ) | |
| SHOCK DOCTOR, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ROCKY TOP SPORTS WORLD, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| EVENTUS, LLC, ) | |
| ) | |
| Third-Party Defendant. ) | |
| SHOCK DOCTOR, INC. ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| EVENTUS, LLC, ) | |
| ) | |
| Third-Party Defendant. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is United States Magistrate Judge Jill E. McCook's "Report and Recommendation" ("Report") entered on October 16, 2024 [Doc. 110]. On August 15, Defendant/Third-Party Plaintiff Rocky Top Sports World filed a "Motion for Leave to File Amended Answer and Counterclaim" [Doc. 80]. On August 19, Defendant/Third-Party Defendant Eventus Outdoors, LLC filed a similar "Motion for Leave to File Amended Answer and

Counterclaim" [Doc. 84]. Rocky Top and Eventus each seek to assert a counterclaim against Plaintiffs A.H. and Christopher Howard [*See* Docs. 80 at 2, 84 at 2]

The Report recommends that the Court (1) deny Rocky Top's "Motion for Leave to File Amended Answer and Counterclaim" [Doc. 80], (2) deny Eventus's "Motion for Leave to File Amended Answer and Counterclaim" [Doc. 84], and (3) deny as moot the prior "Motion[s] for Leave to File Amended Answer and Counterclaim" filed by Rocky Top and Eventus [Docs. 61, 62]. No Party has objected to the Report, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

After reviewing the record, the Court **ACCEPTS** and **ADOPTS** the Report [Doc. 110] under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b)(2). The Court:

(1) **DENIES** Defendant/Third-Party Plaintiff Rocky Top Sports World's "Motion for Leave to File Amended Answer and Counterclaim" [Doc. 80];

(2) **DENIES** Defendant/Third-Party Defendant Eventus Outdoors, LLC's "Motion for Leave to File Amended Answer and Counterclaim" [Doc. 84]; and

(3) **DENIES** the prior "Motion[s] for Leave to File Amended Answer and Counterclaim" filed by Defendant/Third-Party Plaintiff Rocky Top Sports World and Defendant/Third-Party Defendant Eventus Outdoors, LLC [Docs. 61, 62] as **MOOT**. SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge