UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| A.H., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | 3:23-CV-297-KAC-JEM |
| | ) | |
| SHOCK DOCTOR, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| ROCKY TOP SPORTS WORLD, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| EVENTUS OUTDOORS, LLC, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |
| SHOCK DOCTOR, INC. | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| EVENTUS OUTDOORS, LLC, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## JUDGMENT

In the Order Dismissing Action, the Court **DISMISSED** this action without prejudice for lack of subject matter jurisdiction. The Court **DIRECTS** the Clerk to close this case.

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*s/ LeAnna R. Wilson*
CLERK OF COURT